**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**


**MARCO ANTONIO**
**SANDOVAL-CARRASCO**,

          **Petitioner**,

**v.**                               **Civil Action no. 1:07cv145**

**JOE D. DRIVER, WARDEN**,

          **Respondent.**


## ORDER GRANTING MOTION TO SEAL


       The respondent having moved the Court, pursuant to the E-Government Act of 2002, to file

documents under seal herein, more specifically, Response To Show Cause Order And Memorandum

In Support of Motion To Dismiss Or For Summary Judgment, Government Exhibit I, Attachments A

through E and Exhibit II, Attachments A through K, and having lodged the same with the Clerk of this

Court in a sealed envelope, pending a ruling thereon by the Court, and it appearing to the Court that

good cause and sufficient grounds exist for the respondent's Motion, it is accordingly

       **ORDERED** that the Motion (Doc. 7) be **GRANTED** and that the Response To Show Cause

Order And Memorandum In Support of Motion To Dismiss Or For Summary Judgment, Government

Exhibit I, Attachments A through E and Exhibit II, Attachments A through K, currently lodged with

the Clerk of the Court, be filed under seal by the Clerk to be retained by the Court as part of the

records herein.

       The Clerk is directed to provide a copy of this Order to the *pro se* petitioner and counsel of

record.

DATED: January 7, 2008.

**IT IS SO ORDERED.**

   /s/ James E. Seibert
JAMES E. SEIBERT
UNITED STATES MAGISTRATE JUDGE